M. W. Maples, *Plaintiff in Error*, v. The State of Flor-
ida, *Defendant in Error*.

## Opinion Filed October 21, 1914.

When the trial court concurs in the verdict rendered by a jury
by denying the motion for a new trial, and there is evidence
to support it, an appellate court should refuse to disturb it,
in the absence of any showing that the jurors must have
been improperly influenced by considerations outside the
evidence.

Writ of error to Circuit Court for Alachua County;
James T. Wills, Judge.

Judgment affirmed.

*R. W. Davis, B. A. Thrasher* and *W. D. Sheffield,* for
Plaintiff in Error:

*T. F. West,* Attorney General, and *C. O. Andrews,* As-
sistant, for the State.

Shackleford, C. J.—M. W. Maples was indicted and
tried for murder and convicted of manslaughter.

Several errors are assigned, but the one most strenu-
ously urged before us is based upon the overruling of the
motion for a new trial. It is contended that the evidence
adduced is not sufficient to support the verdict found. We
are of the opinion that this contention has not been sus-
tained. No useful purpose would be served by setting
forth or discussing the evidence. We have carefully read
all the evidence and are impelled to the conclusion that
it is amply sufficient. The other assignments are so lightly
insisted upon that we might well treat them as having

been waived by a failure to argue them. It is sufficient to say that no error has been made to appear to us, therefore the judgment must be affirmed.

TAYLOR, HOCKER AND WHITFIELD, J. J., concur.

COCKRELL, J., absent by reason of illness in his family.